UNITED STATES of America, Plaintiff–Appellee,

v.

Larry O'Neil FAULK, Defendant–Appellant.

No. 04–15988

Non–Argument Calendar.

D.C. Docket No. 03–00108–CR–WDO–5.

United States Court of Appeals, Eleventh Circuit.

Aug. 18, 2005.

Jennifer Kolman, Macon, GA, Dean S. Daskal, U.S. Attorney'S Office, Columbus, GA, for Plaintiff–Appellee.

Brian Thomas Randall, Randall, Nestor & Johnson, LLC, Macon, GA, for Defendant–Appellant.

Before CARNES, MARCUS and COX, Circuit Judges.

BY THE COURT:

Brian T. Randall, appointed counsel for Larry O'Neil Faulk in this direct criminal appeal, has moved to withdraw and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to with-

draw is GRANTED, and Faulk's conviction and sentence are AFFIRMED.